UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANET M. TILLERY, | Case No. 3:09-cv-5375-KLS |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will update the medical record with evidence from the Plaintiff's treating sources, including medical source statements;
- The ALJ will reevaluate and further develop the medical evidence of record;
- The ALJ will reevaluate steps two and three of the sequential evaluation process, as necessary;

Page 1 ORDER OF REMAND - [3:09-cv-5375-KLS]

- The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p;

- The ALJ will reevaluate step five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 8th day of March, 2010.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA            WSB #26823
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2114
FAX: (206) 615-2531
franco.l.becia@ssa.gov