# United States District Court
WESTERN DISTRICT OF WASHINGTON

JANET M. TILLERY,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5375KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

March 9, 2010

BRUCE RIFKIN
Clerk

By Traci Whiteley, Deputy Clerk